

# Fourth Court of Appeals
## San Antonio, Texas

June 1, 2016

No. 04-15-00801-CR

Casey L. **MULLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR7483
Honorable Lorina I. Rummel, Judge Presiding

## O R D E R

On May 26, 2016, Appellant's court-appointed appellate counsel filed an *Anders* brief and a motion to withdraw. *See Anders v. California*, 386 U.S. 738, 744 (1967); *High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). In counsel's certification to this court, Appellant's counsel explained that he took the following steps:

(1) notified Appellant that counsel filed an *Anders* brief and a motion to withdraw, and provided Appellant with a copy of the documents;

(2) advised Appellant of his right to review the appellate record and file a pro se brief;

(3) advised Appellant of his right to file a pro se petition for discretionary review should the court of appeals determine the appeal is frivolous; and

(4) provided Appellant with a pro se motion for access to the appellate record, addressed to the Fourth Court of Appeals, that lacked only Appellant's dated signature.

*See Kelly v. State*, 436 S.W.3d 313, 318–20 (Tex. Crim. App. 2014); *Ex parte Owens*, 206 S.W.3d 670, 674 n.28 (Tex. Crim. App. 2006); *Meza v. State*, 206 S.W.3d 684, 688–89 (Tex. Crim. App. 2006).

The State filed a letter conditionally waiving its right to file a brief.

If Appellant desires to file a pro se brief, we ORDER Appellant to do so **within thirty days of the date of this order**. *See* TEX. R. APP. P. 38.6(a). If Appellant files a pro se brief, the State may file a responsive brief not later than thirty days after the date Appellant's pro se brief is filed in this court. *See id.* R. 38.6(b).

Counsel's motion to withdraw is **held in abeyance** pending further order of this court.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of June, 2016.

Keith E. Hottle
Clerk of Court